IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00201-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       RICHARD WITTMAN,

       Defendant

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce RICHARD WITTMAN, D.O.B. 1962, Inmate No. 663372, before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Petition on Probation and Supervised Release, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the Defendant's case, and thereafter to return the Defendant to the institution where he is now confined

SO ORDERED this 26th day of September, 2006

                                 UNITED STATES MAGISTRATE JUDGE
                                 UNITED STATES DISTRICT COURT
                                 DISTRICT OF COLORADO