UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00201-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD WITTMAN,

    Defendant.
_____

**MINUTE ORDER**
_____
ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motions for Writ of Habeas Corpus filed September 8, 2009, and September 23, 2009, (Docket Nos. 40 and 45) are **DENIED**.  The motions request that Defendant be transported to this Court forthwith.  However, Defendant is now in federal custody and has appeared before the Court at his Detention and Preliminary Hearing on Supervised Release Violation.

    Further, Defendant is now represented by counsel.  Under the law, there is no constitutional right to a hybrid form of representation.  *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).  Consequently, the Court will not consider motions that the Defendant has filed on a pro se basis.

    Dated:  October 1, 2009